J. D. WEATHERSBY

VS.

DIRECTOR GENERAL OF RAILROADS.

NO. 7989

COURT OF APPEAL

PARISH OF ORLEANS.

It is hereby agreed between plaintiff and defendant, represented by their respective counsel of record, that the degree heretofore rendered herein by this Honorable Court should be amended so as to read "without interest"; and in all other respects affirmed as rendered.

_____
Attorney for Plaintiff
and Appellee.

_____
Attorney for Defendant
and Appellant.

450